UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

IN RE

JANET ZELLER A/K/A JANET ZELLER-ZYSBERG A/K/A JANET ZYSBERG

DEBTOR

CHAPTER 13

CASE NO. 8-22-70148-reg

JUDGE: Robert E. Grossman

## NOTICE OF DEFAULT

PLEASE TAKE NOTICE that the above captioned Debtor has failed to comply with the terms set forth in the Order Conditionally Granting Relief from the Automatic Stay signed by the Honorable Robert E. Grossman on December 14, 2022.

Pursuant Conditional Order, said Debtor was required to pay to Wells Fargo Bank, N.A. ("Secured Creditor") as follows:

Debtor was required to pay to Secured Creditor stipulated default payments scheduled for completion on or before April 15, 2023 and regular monthly payments commencing November 1, 2022. As of March 2, 2023, the Debtor has failed to tender payments as follows:

| | |
|---|---:|
| 2 Defaulted Monthly payments at $4,159.96 each (December 1, 2022 through January 1, 2023) | $8,319.92 |
| 2 Defaulted Monthly payments at $4,106.14 each (February 1, 2023 through March 1, 2023) | $8,212.28 |
| 3 Defaulted Stipulated Default payments at $2,753.43 each | $8,260.29 |
| Debtor Suspense | ($0.04) |
| Total Delinquencies | $24,792.45 |

As such, the Debtor has ten (10) days to cure said default in the total amount of $24,792.45, and if said default is not cured within said ten (10) days, then the Secured Creditor

22-089775

shall file an Ex Parte Order Granting Relief from the Automatic Stay together with an

Affirmation of Non-Compliance. Upon the issuance of an Ex Parte Order Granting Relief from

the Automatic Stay, the automatic stay shall be deemed vacated to the extent necessary to allow

Wells Fargo Bank, N.A. to foreclose on the mortgage and the real property known as 2730

Claudia Court, Bellmore, NY 11710.

**Said payment must be made payable to Wells Fargo Bank, N.A. in certified check or bank check and sent to the following address within the ten (10) day timeframe:**

**Wells Fargo Home Mortgage
P.O. Box 14507
Des Moines, IA 50306**

**Acceptance of partial payment will not constitute a waiver of Wells Fargo's rights to pursue the default in the event the partial payments are not enough to cure the entire default.**

Dated: March 10, 2023

                                                                               /s/ Michael Chatwin
                                                                            Michael Chatwin
                                                                            Robert W. Griswold
                                                                            Shari S. Barak
                                                                            LOGS Legal Group LLP
                                                                            Attorneys for Wells Fargo Bank, N.A.
                                                                            175 Mile Crossing Boulevard
                                                                            Rochester, New York 14624
                                                                            Telephone: (585) 247-9000
                                                                            Fax: (585) 247-7380

TO:     Janet Zeller a/k/a Janet Zeller-Zysberg a/k/a Janet Zysberg
          2730 Claudia Court
          Bellmore, NY 117

          Attorney for Debtor
          Gary C. Fischoff, Berger, Fischoff & Shumer, LLP

          Trustee
          Michael J. Macco
          2950 Express Drive South

22-089775

Suite 109
Islandia, NY 11749

22-089775

# CERTIFICATE OF SERVICE

The undersigned certifies that on  March 10 , 2023, a copy of Notice of Default was caused to be deposited in an enclosed, properly addressed post-paid envelope, and served by ordinary U.S. Mail, postage prepaid, and/or electronically upon the following:

Janet Zeller
2730 Claudia Court
Bellmore, NY 11710

Attorney for Debtor
Gary C. Fischoff, Berger, Fischoff & Shumer, LLP
6901 Jericho Turnpike, Suite 230
Syosset, NY 11791

Trustee
Michael J. Macco
2950 Express Drive South, Suite 109
Islandia, NY 11749

Dated: March 10, 2023

/s/ Michael Chatwin
Michael Chatwin
Robert W. Griswold
Shari S. Barak
LOGS Legal Group LLP
175 Mile Crossing Boulevard
Rochester, New York 14624
Telephone: (585) 247-9000
Fax: (585) 247-7380
Email: logsecf@logs.com

22-089775